# SENTENCING HEARING

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Edward J. Lodge
Courtroom Deputy: Sherri O'Larey/ Diane McDonald
Court Reporter: Lisa Yant

Date: August 14, 2008
Case No. CR07-23N-EJL
Time: 9:00 a.m. - 4:50 p.m.
Location: Boise

UNITED STATES OF AMERICA

Thomas Moss, Wendy Olson, Traci Whelan
Attorneys for Government

vs.

JOSEPH EDWARD DUNCAN, III

Pro Se
Standby Counsel: Judy Clark, Mark Larranaga, Thomas Monaghan

Members of the jury present.

WITNESSES:
( X ) Pla
1. Dale W. Moyer
2. Steve Groene
3. Alfred Swanson
4. Brad Maskell
5. Mike Gneckow
6. Linda Barger
7. Shane Avriett
8. Alfred Swanson (recalled)

EXHIBITS:
(X ) Pla - 1, 2, 3, 4, 7, 8, 9, 10a, 11a, 11b, 12a, 12b, 12c, 13, 14a, 14c, 16a, 16b, 16c, 17, 18, 20a, 20b, 20d, 37f, 19a, 19b, 19c, 19d, 19e, 19f, 19g, 19h, 21a, 22a, 22b, 23a, (23b - stricken) 25, 26b, 26c, 26f, 27, 27a, 28a, 28b, 29, 29a, 29b, 30, 31, 32, 33, 33a, 33b, 33c, 34, 34a, 35, 35a - i,

The Court instructed the jurors regarding Exhibits 23a and 23b.

On the Court's own motion Exhibit 23b, (written transcript) was stricken from the record. The audio/video shall stand as the official record.

MOTIONS:

Outside the Presence of the Jury- Argument regarding unduly prejudicial evidence. The Court finds the evidence unduly prejudicial.

Mrs. Whelan advised the Court there was no Motion to Exclude Witnesses, however, wanted to bring to the attention of the Court that Mr. Groene was present in the Courtroom. There being no objection, Mr. Groene may remain in the Courtroom.

The Court adjourned for the day and will reconvene on August 15, 2008 at 9:00 a.m..